UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00383-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      FABIO EVELIO  GAMEZ-MIRALDA,

        Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#11)** on October 2, 2012, by Defendant.  The Court construes this Notice as a motion to change

his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

        pending determination of those matters.

2.      A Change of Plea hearing is set for **November 19, 2012,** at **9:00 a.m.** and a

        Sentencing hearing is set for **March 11, 2013**, at **9:00 a.m.** in the United States

        District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

        Courthouse, 901 19th Street, Denver, Colorado.[1]

3.      The final trial preparation conference set for November 16, 2012, and the

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel
shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the
sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See
Administrative Order 2007-8.*

November 19, 2012, trial date are **VACATED**.

Dated this 9th day of October, 2012.

BY THE COURT:

Marcia S. Krieger
United States District Judge